# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America § 
 § CRIMINAL COMPLAINT
vs. § CASE NUMBER: DR:22-M -01485(1)
 §
(1) Pablo Abraham Rivera §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 21, 2022** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On June 21, 2022, defendant, Pablo Abraham Rivera, a U.S. Citizen, was arrested near Carrizo Springs, TX for transporting illegal aliens into the U.S.  Defendant was encountered driving a white 2014 GMC Sierra at the Border Patrol Checkpoint on FM 2644.  Upon questioning of the vehicle's occupants', agents discovered defendant was transporting two illegal*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Pena, Luis A
Border Patrol Agent

06/24/2022     at    DEL RIO, Texas
File Date                                        City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE           Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -01485(1)

(1) Pablo Abraham Rivera

**Continuation of Statement of Facts:**

aliens.  Upon further inspection of the vehicle agents found a loaded Pioneer Arms Corp. Hellpup 7.62 AKM-47 rifle underneath the backseat.  Defendant was previously arrested for alien smuggling in February 2020.  Defendant refused to make a statement."

_____  _____
Signature of Judicial Officer  Signature of Complainant